UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JORDAN DAVID KNIPPLING,

          Plaintiff,

   v.

GAIL ROBBINS,

          Defendant.

CASE NO. 3:15-CV-05829-RJB-JRC

ORDER SETTING BRIEFING SCHEDULE

      Plaintiff filed this case on November 16, 2015, pursuant to 42 U.S.C. § 1983, asserting claims related to the handling of various grievances and defendant's treatment of him. Dkt. 6. On October 24, 2016, the undersigned issued a Report and Recommendation. Dkt. 34. It recommended dismissal of plaintiff's claims for violation of his Equal Protection and Due Process rights. *Id.* It indicated that defendant did not specifically address plaintiff's Sixth Amendment and First Amendment claims, and recommended that the motion for summary dismissal of all claims should not be granted. *Id.*

      Defendant objected to the Report and Recommendation, arguing that summary judgment should be granted on the remaining claims. Dkt. 35. District Judge Bryan adopted the Report and

ORDER SETTING BRIEFING SCHEDULE - 1

1   Recommendation, dismissing plaintiff's Equal Protection and Due Process claims. Dkt. 40.

2   District Judge Bryan found that defendant's arguments regarding the dismissal of the remaining

3   claims were not properly before the Court and defendant's objections did not provide a basis to

4   reject the Report and Recommendation. *Id.*

5         This case has been re-referred to the undersigned for further proceedings. Dkt. 40.

6   Accordingly, defendant shall be given an opportunity to provide an additional dispositive motion

7   to address all issues remaining in this case, consistent with District Judge Bryan's order. Dkt. 41.

8   If defendant chooses to file an additional dispositive motion, she should do so on or before

9   January 3, 2017.

10        Dated this 5th day of December, 2016.

             J. Richard Creatura
             United States Magistrate Judge